IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 15-23086 |
| SHAWN MICHAEL WHITE, and NOEMI GARCIA-WHITE, | CHAPTER 7 |
| | HON. DONALD CASSLING |
| JOINT DEBTORS. | **Hearing Date: November 18, 2016** <br> **Time: 11:00 a.m.** <br> **Room: 240 (Kane County)** |

CERTIFICATE OF SERVICE

TO: ATTACHED SERVICE LIST

I, Frank J. Kokoszka, hereby certify that on October 26, 2016, I served a true and correct copy of the **Notice of Trustee's Final Report And Applications For Compensation And Deadline to Object (NFR)** upon all parties on the attached service including those named on the Electronic Mail Notice List by operation of the Court's Electronic Filing System, and sent to those parties as identified on the attached service list via US Mail by placing a copy in the U.S. Mailbox at 122 South Michigan before 5:00 p.m. on October 26, 2016.

/s/ Frank J. Kokoszka
Frank J. Kokoszka

Frank J. Kokoszka, Esq.
ARDC # 6201436
Kokoszka & Janczur, P.C.
122 S. Michigan Ave., Suite 1070
Chicago, Illinois 60603
(312) 443-9600 phone
(312) 443-5704 fax
trustee@k-jlaw.com

Dated: October 26, 2016

# SERVICE LIST
## SHAWN MICHAEL WHITE AND NOEMI GARCIA-WHITE

Capital Recovery V, LLC
25 SE 2nd Avenue, Suite 1120
Miami, FL. 33131-1605

Bank Of The West
2527 Camino Ramon
San Ramon, CA 94583

Barclays Bank Delaware
125 S West St
Wilmington, DE 19801

Capital One, NA
c/o Beckett & Lee LLP
PO Box 3001
Malvern, PA 19355-0701

Capital One Auto Finance
P.O. Box 201347
Arlington, TX 76006

Capital One Bank USA
PO Box 71083
Charlotte, NC 28272-1083

Chase Card
P.O. Box 15298
Wilmington, DE 19850

PYOD, LLC as assignee of Citibank, N.A.
P.O. Box 19008
Greenville, SC 29602

U.S. Dept of Education
3015 South Parker Road, Suite 400
Aurora, CO 80014

Discover Bank
Discover Products, Inc.
P.O. Box 3025
Wilmington, DE 19850

Kohls/Capone
N56 W 17000 Ridgewood Dr
Menomonee Falls, WI 53051

Lending Club Corp
71 Stevenson St Ste 300
San Francisco, CA 94105

Syncb/Amazon
P.O. Box 965015
Orlando, FL 32896

Syncb/Walmart
P.O. Box 965024
Orlando, FL 32896

Office of the U.S. Trustee
219 S. Dearborn Street
Room 873
Chicago, IL 60604
**(Via ECF Electronic Notice)**

George M. Stuhr, Esq.
54 N. Ottawa Street
Suite 200
Joliet, IL 60432
**(Via ECF Electronic Notice)**