UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: § <br>   § <br> Shawn Michael White   § <br> Noemi Garcia-White   § <br>   § <br>   § <br>      Debtors   § | Case No. 15-23086 |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   Frank J. Kokoszka, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 15,488.00 <br> *(Without deducting any secured claims)* | Assets Exempt: 20,643.96 |
| Total Distributions to Claimants: 7,028.72 | Claims Discharged <br> Without Payment: 56,641.96 |
| Total Expenses of Administration: 2,768.32 | |

   3) Total gross receipts of $ 9,797.04  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 9,797.04  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 22,189.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 2,768.32 | 2,768.32 | 2,768.32 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 47,592.00 | 23,365.75 | 17,307.68 | 7,028.72 |
| **TOTAL DISBURSEMENTS** | $ 69,781.00 | $ 26,134.07 | $ 20,076.00 | $ 9,797.04 |

   4)  This case was originally filed under chapter 7 on  07/06/2015 . The case was pending for 20 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  02/14/2017          By:/s/Frank J. Kokoszka, Trustee
                                           Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Preference Recovery Against Carmen Ortiz | 1141-000 | 9,000.00 |
| Preference- Lending Corp. | 1241-000 | 797.04 |
| **TOTAL GROSS RECEIPTS** | | **$9,797.04** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of The West 2527 Camino Ramon San Ramon, CA 94583 | | 22,189.00 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 22,189.00** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Frank J. Kokoszka | 2100-000 | NA | 1,729.70 | 1,729.70 | 1,729.70 |
| Frank J. Kokoszka | 2200-000 | NA | 11.90 | 11.90 | 11.90 |
| Bank of Kansas City | 2600-000 | NA | 26.72 | 26.72 | 26.72 |
| Kokoszka & Janczur, P.C. | 3110-000 | NA | 1,000.00 | 1,000.00 | 1,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 2,768.32 | $ 2,768.32 | $ 2,768.32 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Barclays Bank Delaware 125 S West St Wilmington, DE 19801 | | 3,618.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware 125 S West St Wilmington, DE 19801 | | 1,339.00 | NA | NA | 0.00 |
| | Carmon Ortiz 6 S Cagwin Avenue Joliet, IL 60436 | | 6,402.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 4,495.00 | NA | NA | 0.00 |
| | Chase Card Po Box 15298 Wilmington, DE 19850 | | 1,785.00 | NA | NA | 0.00 |
| | Lending Club Corp 71 Stevenson St Ste 300 San Francisco, CA 94105 | | 6,535.00 | NA | NA | 0.00 |
| 7 | Capital One Auto Finance, | 7100-000 | 6,536.00 | 6,058.07 | 0.00 | 0.00 |
| 6 | Capital One Bank (Usa), N.A. | 7100-000 | 635.00 | 635.23 | 635.23 | 257.97 |
| 5 | Capital One, N.A. | 7100-000 | 734.00 | 734.43 | 734.43 | 298.26 |
| 10 | Capital Recovery V, Llc | 7100-000 | 1,070.00 | 1,126.36 | 1,126.36 | 457.42 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | Capital Recovery V, Llc | 7100-000 | 1,044.00 | 1,284.76 | 1,284.76 | 521.75 |
| 1 | Discover Bank | 7100-000 | 1,890.00 | 1,881.89 | 1,881.89 | 764.24 |
| 2 | Discover Bank | 7100-000 | 1,598.00 | 1,568.04 | 1,568.04 | 636.79 |
| 11 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 5,815.00 | 5,970.27 | 5,970.27 | 2,424.54 |
| 4 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 1,778.00 | 1,832.40 | 1,832.40 | 744.15 |
| 8 | Pyod, Llc Its Successors And Assigns As Assignee | 7100-000 | 983.00 | 1,027.62 | 1,027.62 | 417.32 |
| 3 | U.S. Department Of Education | 7100-000 | 1,335.00 | 1,246.68 | 1,246.68 | 506.28 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ 47,592.00 | $ 23,365.75 | $ 17,307.68 | $ 7,028.72 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-23086 | DRC | Judge: | Donald R Cassling | Trustee Name: | Frank J. Kokoszka, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Shawn Michael White | | | | Date Filed (f) or Converted (c): | 07/06/2015 (f) |
| | Noemi Garcia-White | | | | 341(a) Meeting Date: | 08/04/2015 |
| For Period Ending: | 02/14/2017 | | | | Claims Bar Date: | 01/13/2016 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtors Typically Carry Approximately $60.00 Each On Hand Fo | 120.00 | 0.00 | | 0.00 | FA |
| 2. Checking Account - Approximate Balance At Time Of Filing Is | 100.00 | 0.00 | | 0.00 | FA |
| 3. Miscellaneous Household Goods And Furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 4. Music Cd's And Books | 100.00 | 0.00 | | 0.00 | FA |
| 5. Clothing For Two Adults | 350.00 | 0.00 | | 0.00 | FA |
| 6. Wedding Bands And Other Assorted Jewelry | 1,150.00 | 0.00 | | 0.00 | FA |
| 7. Needlework Supplies, Craft Supplies, Art Supplies, And Board | 1,200.00 | 0.00 | | 0.00 | FA |
| 8. Term Life Insurance - No Cash Value | 0.00 | 0.00 | | 0.00 | FA |
| 9. Husband's 401(K) Fund Estimated At $28,255.00 - Fund Subject | 15,823.96 | 0.00 | | 0.00 | FA |
| 10. 2009 Toyota Prius - Good Condition - Mileage:121,000 - Kelle | 4,817.00 | 0.00 | | 0.00 | FA |
| 11. 2010 Toyota Sw/Rav 4 - Good Condition - Mileage: 74,000 - Ke | 10,671.00 | 0.00 | | 0.00 | FA |
| 12. Miscellaneous Office Supplies And Desktop Computer | 300.00 | 0.00 | | 0.00 | FA |
| 13. Two Domestic Short-Hair Cats From Rescue Center - No Cash Va | 0.00 | 0.00 | | 0.00 | FA |
| 14. Preference- Lending Corp. (u)  Listed on SOFA | 0.00 | 797.04 | | 797.04 | FA |
| 15. Preference Recovery Against Carmen Ortiz  Trustee reached a settlement with Carmen Ortiz concerning alleged preferential transfers. | 0.00 | 9,000.00 | | 9,000.00 | FA |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $36,131.96 | $9,797.04 | | $9,797.04 | $0.00 |

(Total Dollar Amount in Column 6)

UST Form 101-7-TDR (10/1/2010) *(Page: 7)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Preference Demand Letter sent To Carmen Ortiz on August 23, 2015

Preference Demand letter sent to Lending Club on August 26, 2015. (Check received in the full amount of demand: $797.07)

All assets administered

TFR filed with the Court on 10/24/2016 and NFR and Motions for Compensation filed on 10/25/2016 (Hearing set for 11/18/2016)


Initial Projected Date of Final Report (TFR): 08/04/2016        Current Projected Date of Final Report (TFR): 10/25/2016

Case 15-23086   Doc 54   Filed 03/08/17   Entered 03/08/17 14:33:04   Desc Main
Document   Page 9 of 13

Page: 1

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 15-23086
Case Name: Shawn Michael White
Noemi Garcia-White

Trustee Name: Frank J. Kokoszka, Trustee
Bank Name: Bank of Kansas City
Account Number/CD#: XXXXXX0069
Checking

Taxpayer ID No: XX-XXX0463
For Period Ending: 02/14/2017

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/24/15 | 14 | LendingClub Corporation<br>71 Stevenson Street, Suite 300<br>San Francisco, CA 94105 | Preference Payment<br>Check received from preferential transferee Lending Club Corporation in response to demand letter sent by Trustee. | 1241-000 | $797.04 | | $797.04 |
| 01/18/16 | | Maria D. Ortiz (for Carmen Ortiz)<br>6 S Cagwin Ave<br>Joliet, IL 60436 | Preference Payment<br>Payment received pending court approval of settlement of preferential transfer action. | 1141-000 | $9,000.00 | | $9,797.04 |
| 01/18/16 | | Maria D. Ortiz (for Carmen Ortiz)<br>6 S Cagwin Ave<br>Joliet, IL 60436 | Preference Payment Reversal<br>After receipt was logged, discovered that check was not Signed.<br>Sent back to Ms. Ortiz for her signature. | 1141-000 | ($9,000.00) | | $797.04 |
| 02/01/16 | 15 | Maria D Ortiz<br>6 S Cagwin Ave<br>Joliet, IL 60436 | Preference Payment<br>We got this check a couple weeks ago but it was unsigned, so we just got it back on Jan. 29 with the signature. Previous entry on receipt log voided out. | 1141-000 | $9,000.00 | | $9,797.04 |
| 02/29/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.22 | $9,784.82 |
| 03/31/16 | | Bank of Kansas City | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.50 | $9,770.32 |
| 11/22/16 | 101 | Frank J. Kokoszka | Distribution | | | $1,741.60 | $8,028.72 |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. ($1,729.70) | 2100-000 | | | |
| | | Frank J. Kokoszka | Final distribution representing a payment of 100.00 % per court order. ($11.90) | 2200-000 | | | |

Page Subtotals:                                                                                    $9,797.04         $1,768.32

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 15-23086 | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Shawn Michael White | Bank Name: | Bank of Kansas City |
| | Noemi Garcia-White | Account Number/CD#: | XXXXXX0069 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0463 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/14/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/22/16 | 102 | Kokoszka & Janczur, P.C.<br>122 South Michigan Avenue<br>Suite 1070<br>Chicago, Illinois 60603 | Final distribution representing a payment of 100.00 % per court order. | 3110-000 | | $1,000.00 | $7,028.72 |
| 11/22/16 | 103 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 30.08 % per court order. | 7100-000 | | $566.10 | $6,462.62 |
| 11/22/16 | 104 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 2 representing a payment of 30.08 % per court order. | 7100-000 | | $471.69 | $5,990.93 |
| 11/22/16 | 105 | U.S. Department Of Education<br>C/O Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, Co 80014 | Final distribution to claim 3 representing a payment of 30.08 % per court order. | 7100-000 | | $375.02 | $5,615.91 |
| 11/22/16 | 106 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 4 representing a payment of 30.08 % per court order. | 7100-000 | | $551.21 | $5,064.70 |
| 11/22/16 | 107 | Capital One, N.A.<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution to claim 5 representing a payment of 30.08 % per court order. | 7100-000 | | $220.93 | $4,843.77 |
| 11/22/16 | 108 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 6 representing a payment of 30.08 % per court order. | 7100-000 | | $191.09 | $4,652.68 |
| 11/22/16 | 109 | Capital One Auto Finance,<br>A Division Of Capital One, N.A.<br>Po Box 201347<br>Arlington, Tx 76006 | Final distribution to claim 7 representing a payment of 30.08 % per court order. | 7100-000 | | $1,822.35 | $2,830.33 |
| 11/22/16 | 110 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 8 representing a payment of 30.08 % per court order. | 7100-000 | | $309.12 | $2,521.21 |
| | | | Page Subtotals: | | $0.00 | $5,507.51 | |

UST Form 101-7-TDR (10/1/2010) (Page: 10)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 15-23086 | Trustee Name: Frank J. Kokoszka, Trustee |
| Case Name: Shawn Michael White | Bank Name: Bank of Kansas City |
| Noemi Garcia-White | Account Number/CD#: XXXXXX0069 |
| | Checking |
| Taxpayer ID No: XX-XXX0463 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/14/2017 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/22/16 | 111 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 9 representing a payment of 30.08 % per court order. | 7100-000 | | $386.47 | $2,134.74 |
| 11/22/16 | 112 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution to claim 10 representing a payment of 30.08 % per court order. | 7100-000 | | $338.82 | $1,795.92 |
| 11/22/16 | 113 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Final distribution to claim 11 representing a payment of 30.08 % per court order. | 7100-000 | | $1,795.92 | $0.00 |
| 12/13/16 | | Capital One Auto Finance<br>PO Box 260848<br>Plano, TX 75026 | Return of Funds From Creditor<br>Return of Distribution | 7100-000 | | ($1,822.35) | $1,822.35 |
| 01/03/17 | 114 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Distribution | | | $363.24 | $1,459.11 |
| | | Discover Bank | Final distribution to claim 1 representing a payment of 40.61 % per court order. ($198.14) | 7100-000 | | | |
| | | Discover Bank | Final distribution to claim 2 representing a payment of 40.61 % per court order. ($165.10) | 7100-000 | | | |
| 01/03/17 | 115 | U.S. Department Of Education<br>C/O Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, Co 80014 | Final distribution to claim 3 representing a payment of 40.61 % per court order. | 7100-000 | | $131.26 | $1,327.85 |
| 01/03/17 | 116 | Pyod, Llc Its Successors And Assigns As Assignee<br>Of Citibank, N.A.<br>Resurgent Capital Services<br>Po Box 19008<br>Greenville, Sc 29602 | Distribution | | | $929.76 | $398.09 |

Page Subtotals: $0.00    $2,123.12

UST Form 101-7-TDR (10/1/2010) *(Page: 11)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 15-23086 | Trustee Name: | Frank J. Kokoszka, Trustee |
| Case Name: | Shawn Michael White | Bank Name: | Bank of Kansas City |
| | Noemi Garcia-White | Account Number/CD#: | XXXXXX0069 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX0463 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 02/14/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 4 representing a payment of 40.61 % per court order. | ($192.94) | 7100-000 | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 8 representing a payment of 40.61 % per court order. | ($108.20) | 7100-000 | | |
| | | Pyod, Llc Its Successors And Assigns As Assignee | Final distribution to claim 11 representing a payment of 40.61 % per court order. | ($628.62) | 7100-000 | | |
| 01/03/17 | 117 | Capital One, N.A. C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution to claim 5 representing a payment of 40.61 % per court order. | | 7100-000 | $77.33 | $320.76 |
| 01/03/17 | 118 | Capital One Bank (Usa), N.A. Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 6 representing a payment of 40.61 % per court order. | | 7100-000 | | $66.88 | $253.88 |
| 01/03/17 | 119 | Capital Recovery V, Llc C/O Recovery Management Systems Corporat 25 Se 2Nd Avenue Suite 1120 Miami Fl 33131-1605 | Distribution | | | | $253.88 | $0.00 |
| | | Capital Recovery V, Llc | Final distribution to claim 9 representing a payment of 40.61 % per court order. | ($135.28) | 7100-000 | | |
| | | Capital Recovery V, Llc | Final distribution to claim 10 representing a payment of 40.61 % per court order. | ($118.60) | 7100-000 | | |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $9,797.04 | $9,797.04 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $9,797.04 | $9,797.04 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $9,797.04 | $9,797.04 |

Page Subtotals: $0.00    $398.09

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0069 - Checking | $9,797.04 | $9,797.04 | $0.00 |
| | $9,797.04 | $9,797.04 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $9,797.04 |
| Total Gross Receipts: | $9,797.04 |